PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.           ) | **Docket Number: 1:02CR05355-01 AWI** |
| ) | |
| **RENEE KRISTINE TOEWS**  ) | |
| ) | |

On May 19, 2003, the above-named was placed on probation for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters**
**Senior United States Probation Officer**

Dated:     October 4, 2006
            Fresno, California


**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez**
                    **Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:     **TOEWS, Renee Kristine**
        **Docket Number:   1:02CR05355-01 AWI**
        **ORDER TERMINATING PROBATION**
        **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   October 11, 2006**                    /s/ **Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE